IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00891-MSK-BNB

JECKONIAS N. MURAGARA,

Plaintiff,

v.

MACKENZIE PLACE UNION, LLC, d/b/a The Mackenzie Place - Colorado Springs,

Defendant.

_____

**ORDER**
_____

The parties appeared today for a scheduling conference. The plaintiff had failed to participate in the preparation of a proposed scheduling order, and the proposed scheduling order submitted by the defendant did not contain the information which must be supplied by the plaintiff.

IT IS ORDERED:

(1) The plaintiff shall cooperate with defense counsel to prepare a proposed scheduling order in the form of Appendix F.1 to the local rules of practice, D.C.COLO.LCivR. The plaintiff's failure to cooperate and to provide the information required for inclusion in a proposed scheduling order may result in the imposition of sanctions, including dismissal of the case pursuant to D.C.COLO.LCivR 41.1;

(2) The parties shall submit a revised proposed scheduling order containing the input from both parties on or before **June 29, 2012**; and

(3)     A supplemental scheduling conference is set for **July 9, 2012, at 10:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated June 8, 2012.

                                             BY THE COURT:

                                             s/ Boyd N. Boland
                                             United States Magistrate Judge